AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
CEDRIC MOUNT

Defendant(s)

Case No. 8:17 MJ 1054 AEP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 11, 2016 in the county of Pinellas in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Manufacturing, distributing, or dispensing or possessing with intent to manufacture, distribute, or dispense, a controlled substance, to wit: cocaine. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Scott Boshek, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/26/17

*Judge's signature*

City and state: Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Scott Boshek, being duly sworn, depose, and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed by ATF since February 2005. I have completed the Federal Law Enforcement Training Centers training course for Investigators and ATF's Special Agent Basic Training. During this training, I learned Federal Firearm statutes as well as other violations of the United States Code including violent crimes and narcotic offenses.

2. I submit this affidavit in support of a Criminal Complaint charging defendant Cedric MOUNT (D.O.B. 05/03/1973) with committing the following offense:

a. knowingly manufacturing, distributing, or dispensing or possessing with intent to manufacture, distribute, or dispense, a controlled substance in violation of 21 U.S.C. § 841(a)(1).

3. The averments contained in this Affidavit are based on my personal knowledge, and/or reliable information related to me by members of the St. Petersburg Police Department (SPPD), the Pinellas County Sheriff's Office (PCSO) and/or others. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me, but only those facts that I believe are necessary to establish probable cause in support of the requested complaint.

4. On or about August 11, 2016, SPPD Detective Stephen Mathews was acting in an undercover capacity when he utilized a documented confidential

informant (CI) to arrange a meeting with MOUNT to facilitate the detective's intent to purchase cocaine from him. MOUNT, who agreed to meet with the detective, directed the detective and the CI to travel to 2321 Trelaine Drive South, St. Petersburg, Middle District of Florida, to conduct the transaction. During this meeting, detective Mathews was able to successfully purchase approximately 55 grams of powder cocaine from MOUNT in exchange for $2,400 in United States currency. This transaction was both video and audio recorded.

5. On or about September 8, 2016, SPPD Detective Mathews was again acting in an undercover capacity when he again utilized the same CI for the purposes of arranging a second meeting with MOUNT. MOUNT, who again agreed to meet, advised the detective and the CI to travel to the same 2321 Trelaine address to conduct the transaction. During this meeting, detective Mathews successfully purchased another approximate 54 grams of powder cocaine from MOUNT in exchange for $2,400 in United States currency. This transaction was also both video and audio recorded.

6. On or about November 1, 2016, your affiant received reports from the Pinellas County Forensic Laboratory identifying the controlled substances purchased from MOUNT as cocaine.

7. Based upon the foregoing information, your affiant respectively submits that there is probable cause to believe that the defendant, Cedric MOUNT, committed violations of 21 U.S.C. § 841(a)(1).

Scott Boshek, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me
This 26th day of January, 2017.

ANTHONY E. PORCELLI
United States Magistrate Judge